**Fill in this information to identify the case:**

Debtor 1: Eric Craig Lewis
Debtor 2 (spouse, if filing): Jamie Gloria Lewis
United States Bankruptcy Court for the: District of Utah (State)
Case Number: 17-20349 RKM

Official Form 4100R

## Response to Notice of Final Cure Payment        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee`s notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 3787

**Property address:** 5369 South 4550 West
Number    Street

Hooper     UT     84315
City       State  Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from debtor(s) is due on: 06 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1  Eric Craig Lewis
          First Name  Middle Name  Last Name

Case number (if known)  17-20349 RKM

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

    all payments received;
    all fees, costs, escrow, and expenses assessed to the mortgage; and
    all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplemental to the creditor`s proof of claim.**

*Check the appropriate box:*

☐  I am the creditor.
☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct To the best of my knowledge, information and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies

X  /s/ Armand J. Howell, Esq.
   Signature

Date:  May 16, 2022

Print:  Armand J. Howell

Title:  Attorney for Creditor

Company:  Halliday, Watkins & Mann, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:  376 East 400 South, Suite 300
          Number    Street

          Salt Lake City          UT          84111
          City                    State       Zip Code

Contact phone  801-355-2886

Email  armand@hwmlawfirm.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2022, copies of the Response to Notice of Final Cure Payment were electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Brian D. Johnson
Attorney for Debtors
via CM/ECF

Lon Jenkins
Chapter 13 Trustee
via CM/ECF

U.S. Trustee
via CM/ECF


The undersigned certifies that on May 16, 2022, copies of the Response to Notice of Final Cure Payment were served via U.S. Mail, postage prepaid, on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and these L.B.R. at the following addresses:

Eric Craig Lewis
Jamie Gloria Lewis
5369 South 4550 West
Hooper, UT 84315


*/s/ Armand J. Howell*